

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2016

No. 04-16-00607-CV

**TOLL BROS, INC**.,
Appellant

v.

**BUILDERS FIRST SOURCE-SOUTH TEXAS, L.P**.,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13962
Honorable Larry Noll, Judge Presiding

## O R D E R

On September 22, 2016, appellant filed its notice of appeal. On October 3, 2016, the trial court clerk filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record.

We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2016.

_____
Keith E. Hottle
Clerk of Court